## Ex parte WILLIAMS.

### Cr. No. 1364; September 25, 1906.

87 Pac. 568.

**Court of Appeals—Transfer of Cause to Supreme Court.**—The constitutional provision with reference to the transfer of a case from the district court of appeal to the supreme court has no application in matters of habeas corpus.

Application by C. C. Williams for a writ of habeas corpus for his discharge from imprisonment on conviction of an alleged criminal offense. The district court of appeal discharged petitioner: Ante, p. 301, 87 Pac. 565. Application for an order transferring the cause to the supreme court for determination. Denied.

PER CURIAM.—The application for an order transferring the above-entitled cause from the district court of appeal to the supreme court for hearing and determination after judgment in the said district court of appeal is denied; a majority of the justices of this court being of the opinion that the constitutional provision with reference to the transfer of cases from the district court of appeal to the supreme court has no application in matters of habeas corpus.